UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CISCO SYSTEMS, INC., and CISCO-LINKSYS LLC, | : CIVIL ACTION NO. |
| Plaintiffs, | : |
| v. | : |
| ESN, LLC, | : |
| Defendant. | : |
| | : OCTOBER 16, 2007 |

## NOTICE OF APPEARANCE

Please enter the appearances of the undersigned as attorneys for plaintiffs Cisco Systems, Inc., and Cisco-Linksys LLC in the above-captioned matter.

_____
James Sicilian (ct 05608)
jsicilian@daypitney.com

_____
Michael A. Bucci (ct 015429)
mabucci@daypitney.com
Day Pitney LLP
242 Trumbull Street
Hartford, Connecticut 06103-1212
(860) 275-0100
(860) 275-0343 (fax)

Their Attorneys