IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CISCO SYSTEMS, INC. and CISCO-LINKSYS LLC | : |
| Plaintiffs, | : Civil Action No.: |
| v. | : |
| ESN, LLC | : |
| Defendant. | : OCTOBER 16, 2007 |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the plaintiffs, Cisco Systems, Inc. and Cisco-Linksys LLC, hereby file their corporate disclosure statement. Plaintiff Cisco Systems, Inc. does not have any parent corporation and no publicly held company owns 10 percent or more of Cisco Systems, Inc.'s stock. Cisco-Linksys LLC is a wholly-owned subsidiary of Cisco Systems, Inc.

PLAINTIFFS,
CISCO SYSTEMS, INC. AND CISCO-LINKSYS LLC

By: _____
James Sicilian (ct 05608)
Michael A. Bucci (ct15429)
Day Pitney LLP
242 Trumbull Street
Hartford, CT 06103-1212
Tel. (860) 275-0100
Fax: (860) 275-0343
jsicilian@daypitney.com
mabucci@daypitney.com

Their Attorneys