Cisco Sys Inc et al v. ESN LLC                                                                Doc. 7

AO 440 (Rev. 8/01) Summons in a Civil Action

# United States District Court

District of    Connecticut

Cisco Systems, Inc. and Cisco-Linksys LLC

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: **307CV01528 MRK**

ESN, LLC

TO: (Name and address of defendant)
ESN, LLC
c/o MORRIS W. BANKS, ESQ. (Registered Agent)
PULLMAN & COMLEY, LLC 90 STATE HOUSE SQUARE
HARTFORD, CT 06103

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)
James Sicilian
Day Pitney LLP
242 Trumbull Street
Hartford, CT 06103

an answer to the complaint which is served on you with this summons, within    Twenty (20)    days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

ROBERTA D. TABORA

CLERK

(BY) DEPUTY CLERK

DATE    10/17/07

Dockets.Justia.com

United States District Court
District of Connecticut
Case Number: 307 CV 01528 (MRK)

---

State of Connecticut)
             )SS: Hartford         October 17, 2007
County of Hartford)

      Then and by virtue hereof and by direction of the plaintiff's attorney, I left a true and attested copy of the original summons in a civil case, notice to counsel & pro se parties, order on pretrial deadlines, notice regarding designation of case into electronic filing system and electronic filing of papers, electronic filing order, notice to counsel for cases removed from Superior Court – Standing Order, order re: disclosure statement, tips for successful CM/ECF efiling 8/8/07, complaint for declaratory judgment, Exhibit A, civil cover sheet, notice of appearance, and corporate disclosure statement, with and in the hands of Morris W. Banks, Esq., registered agent for service for the within named defendant, **ESN, LLC, at Pullman & Comley, LLC, 90 State House Square, Hartford, CT 06103.**

|          | Fees:    |
|----------|----------|
| Pages    | 101.00   |
| End.     | 2.00     |
| Service  | 30.00    |
| 18 miles | 8.73     |
| TOTAL    | $ 141.73 |

      I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on October 17, 2007

                                              Douglas A. Conant
                                              Connecticut State Marshal
                                              P. O. Box 370022
                                              West Hartford, CT 06137-0022