UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

APPEARANCE

**CISCO SYSTEMS, INC. AND
CISCO-LINKSYS, LLC,**
      **Plaintiff**

vs.

**ESN, LLC**

      **Defendant**      CASE NO.: 3:07CV01528 (MRK)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

ESN, LLC

October 24, 2007
Date

ct04321
Connecticut Federal Bar Number

(860) 541-3333
Telephone Number

(860) 424-4370
Facsimile Number

rrobinson@pullcom.com
E-mail address

_[signature]_
Signature

Richard C. Robinson
Print Clearly or Type Name

Pullman & Comley, LLC
90 State House Square
Address

Hartford, Connecticut 06103

## **CERTIFICATE OF SERVICE**

This is to certify that on October 24, 2007, the foregoing Appearance was mailed postage prepaid to the following:

James Sicilian, Esq.
Michael Bucci, Esq.
Day Pitney LLP
242 Trumbull Street
Hartford, CT 06103-1212
jsicilian@daypitney.com
mbucci@daybitney.com

Richard C. Robinson

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Hartford/TEMP.TEMP/RCR/260639v1

2