# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| CISCO SYSTEMS, INC. AND <br> CISCO-LINKSYS, LLC, <br>                     Plaintiff <br><br> vs. <br><br> ESN, LLC <br><br>                     Defendant | ) <br> ) **CIVIL ACTION** <br> ) **NO. 3:07CV01528 (MRK)** <br> ) <br> ) <br> ) **October 24, 2007** <br> ) <br> ) <br> ) <br> ) |

### MOTION TO TEMPORARILY STAY THIS ACTION PENDING A RULING BY THE U.S. DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS ON ESN'S MOTION TO ENJOIN CISCO FROM PROCEEDING WITH THIS LATER-FILED, DUPLICATIVE ACTION

ESN, LLC ("ESN"), by and through it undersigned counsel, hereby respectfully moves this Court to temporarily stay this action pending the ruling by the Eastern District of Texas on ESN's motion in that court to enjoin Cisco from prosecuting this action in this Court. ESN respectfully requests that the time for ESN to answer or otherwise plead in response to Cisco's complaint in this Court be extended until twenty days after the Texas court's ruling on ESN's motion.

                                                                              The DEFENDANT

                                          By:    /s/ Richard C. Robinson
                                                      Richard C. Robinson (ct04321)
                                                        Pullman & Comley, LLC
                                                        90 State House Square
                                                        Hartford, CT 06103-3702
                                                       Telephone 860 541-3333
                                                       Facsimile 860 424-4370
                                                       rrobinson@pullcom.com
                                                       Its Attorneys

ORAL ARGUMENT REQUESTED;
TESTIMONY NOT REQUIRED

OF COUNSEL
Peter J. McAndrews
McAndrews Held & Malloy Ltd.
500 West Madison Street, 34th Floor
Chicago, IL 60661
Telephone: 321.775.8000
Facsimile: 321-775-8100
pmcandrews@mcandrews-ip.com

## **CERTIFICATION**

I hereby certify that on October 24, 2007, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

James Sicilian, Esq.
Michael Bucci, Esq.
Day Pitney LLP
242 Trumbull Street
Hartford, CT 06103-1212
jsicilian@daypitney.com
mbucci@daybitney.com

                                       /s/ Richard C. Robinson
                                       Richard C. Robinson

Hartford/TEMP.TEMP/RCR/260648v1