UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CISCO SYSTEMS, INC. AND <br> CISCO-LINKSYS, LLC, <br>                        Plaintiff <br> v. <br><br> ESN, LLC <br><br>                        Defendant | CIVIL ACTION <br> NO. 3:07CV01528 (MRK) <br><br><br><br><br><br> OCTOBER 31, 2007 |

### MOTION TO ADMIT VISITING ATTORNEY
### VICTORIA F. MAROULIS

Michael A. Bucci, a member of the Bar of the United States District Court for the District of Connecticut, hereby moves this Court, pursuant to Local Rule 83.1(d)(1), to permit Victoria F. Maroulis of Quinn Emanuel Urquhart Oliver & Hedges, LLP, 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California, 94065, Telephone (650) 801-5000, Telefax (650) 801-5100, e-mail victoriamaroulis@quinnemanuel.com, to appear as visiting attorney for Plaintiffs Cisco Systems, Inc. and Cisco-Linksys, LLC in the above-captioned case. The affidavit of Victoria F. Maroulis and the fee of $25.00 accompany this motion.

                                                  PLAINTIFFS, CISCO SYSTEMS, INC.
                                                  AND CISCO-LINKSYS LLC

                                                  _/s/_
                                                  James Sicilian (ct05608)
                                                  Michael A. Bucci (ct15429)
                                                  DAY PITNEY LLP
                                                  242 Trumbull Street
                                                  Hartford, CT 06103
                                                  Telephone: (860) 275-0100
                                                  Facsimile: (860) 275-0343
                                                  jsicilian@daypitney.com
                                                  mabucci@daypitney.com

                                                  Their Attorneys

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed this date postage prepaid to:

Richard C. Robinson, Esquire
Pullman & Comley
90 State House Square
Hartford, CT 06103-3702
860-424-4300
Fax: 860-424-4370
Email: Rrobinson@pullcom.com

_____
Michael A. Bucci

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| CISCO SYSTEMS, INC. AND<br>CISCO-LINKSYS, LLC,<br>　　　　　　　　Plaintiff<br>　　v.<br>ESN, LLC<br>　　　　　　　　Defendant | ) <br>) **CIVIL ACTION**<br>) **NO. 3:07CV01528 (MRK)**<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF ATTORNEY VICTORIA F. MAROULIS IN SUPPORT OF
## MOTION FOR ADMISSION PRO HAC VICE

I, Victoria F. Maroulis, declare as follows:

1.　I make this declaration in support of a motion for admission pro hac vice that is being filed on my behalf by the law firm of Day Pitney LLP in the above-referenced case.

2.　I am a partner at the law firm of Quinn Emanuel Urquhart Oliver & Hedges, LLP, 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California, 94065, Telephone (650) 801-5000, Telefax (650) 801-5100, and my e-mail address is victoriamaroulis@quinnemanuel.com.

3.　I am an attorney in good standing and admitted to practice in the State of New York, the State of California, the United States District Courts for the Northern, Southern, and Eastern Districts of New York, the Northern, Southern, Eastern, and Central Districts of California, the Northern District of Illinois, and the Eastern District of Texas, and the United States Courts of Appeals for the Ninth and Federal Circuits.

4.　I have not been denied admission or disciplined by this Court or any other Court.

5.   I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: October 30, 2007

　　　　　　　　　　　　　　　　　　　　　　　*V.F. Maroulis* (signature)
　　　　　　　　　　　　　　　　　　　　　　　Victoria F. Maroulis