UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CISCO SYSTEMS, INC. AND ) | |
| CISCO-LINKSYS, LLC, ) | CIVIL ACTION |
| ) | NO. 3:07CV01528 (MRK) |
| Plaintiff ) | |
| v. ) | |
| ) | |
| ESN, LLC ) | |
| ) | |
| Defendant ) | OCTOBER 30, 2007 |

## MOTION TO ADMIT VISITING ATTORNEY
## SAYURI K. SHARPER

Michael A. Bucci, a member of the Bar of the United States District Court for the District of Connecticut, hereby moves this Court, pursuant to Local Rule 83.1(d)(1), to permit Sayuri K. Sharper of Quinn Emanuel Urquhart Oliver & Hedges, LLP, 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California, 94065, Telephone (650) 801-5000, Telefax (650) 801-5100, e-mail sayurisharper@quinnemanuel.com, to appear as visiting attorney for Plaintiffs Cisco Systems, Inc. and Cisco-Linksys, LLC in the above-captioned case. The affidavit of Sayuri K. Sharper and the fee of $25.00 accompany this motion.

PLAINTIFFS, CISCO SYSTEMS, INC.
AND CISCO-LINKSYS LLC

*/s/*

James Sicilian (ct05608)
Michael A. Bucci (ct15429)
DAY PITNEY LLP
242 Trumbull Street
Hartford, CT 06103-1212
Telephone: (860) 275-0100
Facsimile: (860) 275-0343
jsicilian@daypitney.com
mabucci@daypitney.com

Their Attorneys

## CERTIFICATION

      I hereby certify that a copy of the foregoing Motion To Admit Visiting Attorney Sayuri K. Sharper was mailed this date postage prepaid to:

Richard C. Robinson, Esquire
Pullman & Comley
90 State House Square
Hartford, CT 06103-3702
860-424-4300
Fax: 860-424-4370
Email: Rrobinson@pullcom.com

                                                        Michael A. Bucci

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CISCO SYSTEMS, INC. AND <br> CISCO-LINKSYS, LLC, <br>                 Plaintiff <br> v. <br> ESN, LLC <br>                 Defendant | ) <br> )   **CIVIL ACTION** <br> )   **NO. 3:07CV01528 (MRK)** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## AFFIDAVIT OF ATTORNEY SAYURI K. SHARPER IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

Sayuri K. Sharper states and declares as follows:

1. I make this affidavit in support of a motion for admission pro hac vice that is being filed on my behalf by the law firm of Day Pitney LLP in the above-referenced case.

2. I am an associate at the law firm of Quinn Emanuel Urquhart Oliver & Hedges, LLP, 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California, 94065, Telephone (650) 801-5000, Telefax (650) 801-5100, and my e-mail address is sayurisharper@quinnemanuel.com.

3. I am an attorney in good standing and admitted to practice in the State of California.

4. I have not been denied admission or disciplined by this Court or any other Court.

5. I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

Dated: October 29, 2007
      Redwood Shores, California

                                            Sayuri K. Sharper

Subscribed and sworn before me
This 29th day of October, 2007

_____
Notary Public

NgocLan Nguyen
COMM. #1742661
NOTARY PUBLIC • CALIFORNIA
SANTA CLARA COUNTY
Commission Expires April 29, 2011