## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CISCO SYSTEMS, INC. AND ) | |
| CISCO-LINKSYS, LLC, ) | CIVIL ACTION |
| ) | NO. 3:07CV01528 (MRK) |
| Plaintiff ) | |
| v. ) | |
| ) | |
| ESN, LLC ) | |
| ) | |
| Defendant ) | OCTOBER 30, 2007 |

### MOTION TO ADMIT VISITING ATTORNEY
### CHARLES K. VERHOEVEN

Michael A. Bucci, a member of the Bar of the United States District Court for the District of Connecticut, hereby moves this Court, pursuant to Local Rule 83.1(d)(1), to permit Charles K. Verhoeven of Quinn Emanuel Urquhart Oliver & Hedges, LLP, 50 California Street, 22nd Floor, San Francisco, California 94111, Telephone (415) 875-6600, Telefax (415) 875-6700), e-mail charlesverhoeven@quinnemanuel.com, to appear as visiting attorney for Plaintiffs Cisco Systems, Inc. and Cisco-Linksys, LLC in the above-captioned case. The affidavit of Charles K. Verhoeven and the fee of $25.00 accompany this motion.

PLAINTIFFS, CISCO SYSTEMS, INC.
AND CISCO-LINKSYS LLC

*/s/*

James Sicilian (ct05608)
Michael A. Bucci (ct15429)
DAY PITNEY LLP
242 Trumbull Street
Hartford, CT 06103
Telephone: (860) 275-0100
Facsimile: (860) 275-0343
jsicilian@daypitney.com
mabucci@daypitney.com

Their Attorneys

## CERTIFICATION

I hereby certify that a copy of the foregoing Motion To Admit Visiting Attorney Charles K. Verhoeven was mailed this date postage prepaid to:

Richard C. Robinson, Esquire
Pullman & Comley
90 State House Square
Hartford, CT 06103-3702
860-424-4300
Fax: 860-424-4370
Email: Rrobinson@pullcom.com

Michael A. Bucci

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| CISCO SYSTEMS, INC. AND<br>CISCO-LINKSYS, LLC,<br>      Plaintiff<br>v.<br>ESN, LLC<br>      Defendant | **CIVIL ACTION**<br>**NO. 3:07CV01528 (MRK)** |

## AFFIDAVIT OF ATTORNEY CHARLES K. VERHOEVEN IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

Charles K. Verhoeven states and declares as follows:

1. I make this affidavit in support of a motion for admission pro hac vice that is being filed on my behalf by the law firm of Day Pitney LLP in the above-referenced case.

2. I am a partner at the law firm of Quinn Emanuel Urquhart Oliver & Hedges, LLP, 50 California Street, 22nd Floor, San Francisco, CA 94111, Telephone (415) 875-6600, Telefax (415) 875-6700, and my e-mail address is charlesverhoeven@quinnemanuel.com.

3. I am an attorney in good standing and admitted to practice in the State of California, the State of New York, and the United States District Courts for the Northern, Eastern, and Central Districts of California.

4. I have not been denied admission or disciplined by this Court or any other Court.

5. I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

Dated: October 29, 2007
San Francisco, California

_____
Charles K. Verhoeven

Subscribed and sworn before me
This 29th day of October, 2007

_____
Notary Public

[Notary Seal: TERRI DEANNA MICKLES, Commission # 1666600, Notary Public - California, San Francisco County, My Comm. Expires May 13, 2010]