## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CISCO SYSTEMS, INC. AND <br> CISCO-LINKSYS, LLC, <br>                 Plaintiff <br> v. <br> ESN, LLC <br>                 Defendant | ) <br> )   CIVIL ACTION <br> )   NO. 3:07CV01528 (MRK) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )   OCTOBER 30, 2007 |

### MOTION TO ADMIT VISITING ATTORNEY
### KEVIN A. SMITH

Michael A. Bucci, a member of the Bar of the United States District Court for the District of Connecticut, hereby moves this Court, pursuant to Local Rule 83.1(d)(1), to permit Kevin A. Smith of Quinn Emanuel Urquhart Oliver & Hedges, LLP, 50 California Street, 22nd Floor, San Francisco, California 94111, Telephone (415) 875-6600, Telefax (415) 875-6700), e-mail kevinsmith@quinnemanuel.com, to appear as visiting attorney for Plaintiffs Cisco Systems, Inc. and Cisco-Linksys, LLC in the above-captioned case. The affidavit of Kevin A. Smith and the fee of $25.00 accompany this motion.

                                          PLAINTIFFS, CISCO SYSTEMS, INC.
                                          AND CISCO-LINKSYS LLC

                                          /s/
                                          James Sicilian (ct05608)
                                          Michael A. Bucci (ct15429)
                                          DAY PITNEY LLP
                                          242 Trumbull Street
                                          Hartford, CT 06103
                                          Telephone: (860) 275-0100
                                          Facsimile: (860) 275-0343
                                          jsicilian@daypitney.com
                                          mabucci@daypitney.com

                                          Their Attorneys

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing Motion To Admit Visiting Attorney Kevin A. Smith was mailed this date postage prepaid to:

Richard C. Robinson, Esquire
Pullman & Comley
90 State House Square
Hartford, CT 06103-3702
860-424-4300
Fax: 860-424-4370
Email: Rrobinson@pullcom.com

                                                  Michael A. Bucci

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| CISCO SYSTEMS, INC. AND CISCO-LINKSYS, LLC, | ) <br> ) **CIVIL ACTION** <br> ) **NO. 3:07CV01528 (MRK)** |
| Plaintiff | ) |
| v. | ) <br> ) |
| ESN, LLC | ) <br> ) |
| Defendant | ) |

## AFFIDAVIT OF ATTORNEY KEVIN A. SMITH IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

Kevin A. Smith states and declares as follows:

1. I make this affidavit in support of a motion for admission pro hac vice that is being filed on my behalf by the law firm of Day Pitney LLP in the above-referenced case.

2. I am an associate at the law firm of Quinn Emanuel Urquhart Oliver & Hedges, LLP, 50 California Street, 22nd Floor, San Francisco, CA 94111, Telephone (415) 875-6600, Telefax (415) 875-6700, and my e-mail address is kevinsmith@quinnemanuel.com.

3. I am an attorney in good standing and admitted to practice in the State of New York, and the United States Court of Appeals for the Federal Circuit.

4. I have not been denied admission or disciplined by this Court or any other Court.

5. I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

Dated: October 29, 2007
San Francisco, California

*Kevin A. Smith* (signature)

Kevin A. Smith

Subscribed and sworn before me
This 29th day of October, 2007

*Terri Deanna Mickles* (signature)
Notary Public

[Notary Seal: TERRI DEANNA MICKLES, Commission # 1666600, Notary Public - California, San Francisco County, My Comm. Expires May 13, 2010]

NEWCKV/2277834.1