## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CISCO SYSTEMS, INC. AND ) | |
| CISCO-LINKSYS, LLC, ) | CIVIL ACTION |
| ) | NO. 3:07CV01528 (MRK) |
| Plaintiff ) | |
| v. ) | |
| ) | |
| ESN, LLC ) | |
| ) | |
| Defendant ) | OCTOBER 30, 2007 |

### MOTION TO ADMIT VISITING ATTORNEY
### KATHERINE H. BENNETT

Michael A. Bucci, a member of the Bar of the United States District Court for the District of Connecticut, hereby moves this Court, pursuant to Local Rule 83.1(d)(1), to permit Katherine H. Bennett of Quinn Emanuel Urquhart Oliver & Hedges, LLP, 50 California Street, 22nd Floor, San Francisco, California 94111, Telephone (415) 875-6600, Telefax (415) 875-6700, e-mail katherinebennett@quinnemanuel.com, to appear as visiting attorney for Plaintiffs Cisco Systems, Inc. and Cisco-Linksys, LLC in the above-captioned case. The affidavit of Katherine H. Bennett and the fee of $25.00 accompany this motion.

PLAINTIFFS, CISCO SYSTEMS, INC.
AND CISCO-LINKSYS LLC

James Sicilian (ct05608)
Michael A. Bucci (ct15429)
DAY PITNEY LLP
242 Trumbull Street
Hartford, CT 06103
Telephone: (860) 275-0100
Facsimile: (860) 275-0343
jsicilian@daypitney.com
mabucci@daypitney.com

Their Attorneys

## CERTIFICATION

I hereby certify that a copy of the foregoing Motion To Admit Visiting Attorney Katherine H. Bennett was mailed this date postage prepaid to:

Richard C. Robinson, Esquire
Pullman & Comley
90 State House Square
Hartford, CT 06103-3702
860-424-4300
Fax: 860-424-4370
Email: Rrobinson@pullcom.com

_____
Michael A. Bucci

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CISCO SYSTEMS, INC. AND<br>CISCO-LINKSYS, LLC,<br><br>                Plaintiff<br>v.<br><br>ESN, LLC<br><br>                Defendant | **CIVIL ACTION<br>NO. 3:07CV01528 (MRK)** |

## AFFIDAVIT OF ATTORNEY KATHERINE H. BENNETT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

Katherine H. Bennett states and declares as follows:

1. I make this affidavit in support of a motion for admission pro hac vice that is being filed on my behalf by the law firm of Day Pitney LLP in the above-referenced case.

2. I am an associate at the law firm of Quinn Emanuel Urquhart Oliver & Hedges, LLP, 50 California Street, 22nd Floor, San Francisco, CA 94111, Telephone (415) 875-6600, Telefax (415) 875-6700, and my e-mail address is katherinebennett@quinnemanuel.com.

3. I am an attorney in good standing and admitted to practice in the State of California.

4. I have not been denied admission or disciplined by this Court or any other Court.

5. I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

Dated: October 29, 2007
      San Francisco, California

_____
Katherine H. Bennett

Subscribed and sworn before me
This ___ day of October, 2007

_____
Notary Public

[Notary seal: TERRI DEANNA NICCLES, Commission # 1666600, Notary Public - California, San Francisco County, My Comm. Expires May 13, 2010]