# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **CISCO SYSTEMS, INC., and** | ) |
| **CISCO-LINKSYS, LLC,** | ) Civil Action No. 3:07-cv-01528-MRK |
| Plaintiffs, | ) |
| v. | ) NOVEMBER 2, 2007 |
| **ESN, LLC,** | ) |
| Defendant. | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED and agreed by and between the parties hereto, Defendant ESN, LLC ("ESN") and Plaintiffs Cisco Systems, Inc. and Cisco-Linksys, LLC (collectively "Cisco"), by and through their counsel of record:

1. This action shall be dismissed without prejudice pursuant to Fed. R. Civ. P. 41 (a)(2) (it being understood that the last sentence of Fed. R. Civ. P. 41 (a)(1) does not, and shall not, apply in a manner that renders this dismissal to be with prejudice) and without costs, and Cisco shall have the express right to re-file this action consistent with the terms of this Stipulation seeking the full range of relief, attorneys fees, and costs.

Respectfully submitted,

FOR DEFENDANT, ESN, LLC:

/s/ Richard C. Robinson
Richard C. Robinson (ct04321)
Pullman & Comley, LLC
90 State House Square
Hartford, CT 06103-3702
Tel: (860) 541-3333
Fax: (860) 424-4370
rrobinson@pullcom.com

FOR PLAINTIFFS, CISCO SYSTEMS,
INC. AND CISCO-LINKSYS, LLC


 /s/ Michael A. Bucci
Michael A. Bucci (ct15429)
Day Pitney LLP
242 Trumbull Street
Hartford, CT 06103-1212
Tel: (860) 275-0100
Fax: (860) 275-0343
mabucci@daypitney.com

## CERTIFICATION

I hereby certify that on November 2, 2007, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By: /s/Michael A. Bucci
     Michael A. Bucci