# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| CISCO SYSTEMS, INC. AND CISCO LINKSYS, LLC,<br><br>PLAINTIFFS,<br><br>VS.<br><br>ESN, LLC,<br><br>DEFENDANT. | CIVIL ACTION<br>NO. 3:04 CV 00498 (MRK)<br><br>October 31, 2007 |

## UNOPPOSED MOTION FOR ADMISSION PRO HAC VICE

In accordance with D. Conn. L. Civ. R. 83.1(d), the undersigned attorney hereby respectfully moves that Peter J. McAndrews, Thomas J. Wimbiscus and George P. McAndrews, be permitted to represent defendant ESN, LLC in the above captioned action for all matters related to this case, in addition to counsel of record who has already appeared for this defendant. In support of this motion the undersigned attorney represents the following:

1. The proposed admittees are partners at the law firm of McAndrews, Held, Malloy, Ltd., 500 West Madison Street, 34th Floor, Chicago, Illinois 60601. The firm's telephone number is 312-775-8000.

2. The proposed admittees are members of the bar of the State of Illinois. They are also admitted to practice in the United States District Court Northern District of Illinois and other courts they list on the affidavits submitted along with this motion.

3. The affidavits, which also sets forth the other necessary information regarding the proposed admittees' qualifications to practice before this Court, along with such other information required by D. Conn. L. Civ. R. 83.1(d), are attached hereto as **Exhibit A, B and C** and made a part hereof.

4. Good cause exists for the granting of this motion, in that the proposed admittees are very familiar with the facts and circumstances of this dispute and are representing ESN in the first filed action regarding the subject matter of this case, an action pending in the Eastern District of Texas.

5. The granting of this motion will not require modification of any scheduling order entered by this Court pursuant to Fed. R. Civ. P. 16(b) or the standing order on scheduling in civil cases.

6. This motion is accompanied by a $75.00 check for payment of the fees required by D. Conn. L. Civ. R. 83.1(d) 2.

**WHEREFORE**, the undersigned respectfully requests that this Court admit the proposed admittees' *pro hac vice* to practice as visiting attorneys before this Court representing defendant ESN, LLC in all matters related to this proceeding.

<pre>
                              THE DEFENDANT,
                              ESN, LLC

                          By: /s/ Richard C. Robinson
                              Richard C. Robinson (ct04321)
                              Pullman & Comley, LLC
                              90 State House Square
                              Hartford, CT 06103
                              Phone: (860) 541-3333
                              Fax: (860) 424-4370
                              E-Mail: rrobinson@pullcom.com
</pre>

## CERTIFICATION

Pursuant to Fed. R. Civ. P. Rule 5 (b), I hereby certify that a copy of the above was mailed on the date hereon to all counsel and pro se parties of record.

James Sicilian, Esq.
Michael Bucci, Esq.
Day Pitney LLP
242 Trumbull Street
Hartford, CT 06103-1212
jsicilian@daypitney.com
mbucci@daybitney.com

Richard C. Robinson, Esq. (ct 06310)

Hartford/72053.1/RCR/261777v1

4

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| CISCO SYSTEMS, INC., and CISCO-LINKSYS, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> ESN, LLC, <br><br> Defendants. | Civil Action No. 3:07-cv-01528-MRK <br><br> JURY DEMANDED |

## AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

STATE OF ILLINOIS )
                  )
COUNTY OF COOK    )

PETER J. McANDREWS, being duly sworn, hereby deposes and says:

1. I am over the age of eighteen years and I understand the obligations of an oath. I submit this affidavit in support of the motion to permit me to be admitted *pro hac vice* in the above-captioned matter.

2. I am a partner at the law firm of McAndrews, Held, & Malloy, Ltd., having the following contact information:

> Peter J. McAndrews, Esq.
> McAndrews, Held & Malloy, Ltd.
> 500 West Madison Street, 34th Floor
> Chicago, Illinois 60601
> Telephone: 312-775-8000
> Facsimile: 312-775-8100
> Email: pmcandrews@mcandrews-ip.com

3. I am a member in good standing of the bar of the State of Illinois. I am also admitted to practice in the U.S. District Court for the Northern District of Illinois, the U.S. Court of Appeals for the Federal Circuit, and the U.S. Court of Appeals for the 4th Circuit.

4. I have previously been admitted to this Court *pro hac vice* in the matter of C. Cowles & Co. v. The Bernard M. Packtor Co., ITT Industries, Inc., d/b/a McDonnell & Miller, and ITT Fluid Technology Corp., Civil Action No. 399CV01996 (RNC).

5. I have never been denied admission or disciplined by this Court or any other Court.

6. I have fully reviewed and am familiar with the Rules of The United States Court for the District of Connecticut. I have requested that Richard C. Robinson, Esq. of the firm of Pullman & Comley, 90 State House Square, Hartford, CT 06103-3702, act as local counsel and I understand that he will be receiving service of papers and communications in this matter with me on behalf of defendant ESN, LLC.

_____
Peter J. McAndrews

Subscribed and sworn to
before me this 30th day of
October, 2007

_____
Notary Public

My Commission expires: 9/1/08

"OFFICIAL SEAL"
Stephanie Holmes
Notary Public, State of Illinois
My Commission Exp. 09/01/2008

2

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| CISCO SYSTEMS, INC., and CISCO-LINKSYS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ESN, LLC,<br><br>Defendants. | Civil Action No. 3:07-cv-01528-MRK<br><br>JURY DEMANDED |

## AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

STATE OF ILLINOIS   )
                    )
COUNTY OF COOK      )

THOMAS J. WIMBISCUS, being duly sworn, hereby deposes and says:

1. I am over the age of eighteen years and I understand the obligations of an oath. I submit this affidavit in support of the motion to permit me to be admitted *pro hac vice* in the above-captioned matter.

2. I am a partner at the law firm of McAndrews, Held, & Malloy, Ltd., having the following contact information:

> Thomas J. Wimbiscus, Esq.
> McAndrews, Held & Malloy, Ltd.
> 500 West Madison Street, 34th Floor
> Chicago, Illinois 60601
> Telephone: 312-775-8000
> Facsimile: 312-775-8100
> Email: twimbiscus@mcandrews-ip.com

3. I am a member in good standing of the bar of the State of Illinois. I am also admitted to practice in the U.S. District Court for the Northern District of Illinois, the U.S. District Court for the Central District of Illinois, the U.S. District Court for the Northern District of Indiana, the U.S. Supreme Court, and the U.S. Court of Appeals for the 7th Circuit.

4. I have never been admitted to this Court *Pro Hac Vice*.

5. I have never been denied admission or disciplined by this Court or any other Court.

6. I have fully reviewed and am familiar with the Rules of The United States Court for the District of Connecticut. I have requested that Richard C. Robinson, Esq. of the firm of Pullman & Comley, 90 State House Square, Hartford, CT 06103-3702, act as local counsel and I understand that he

2

will be receiving service of papers and communications in this matter with me on behalf of defendant ESN, LLC

Thomas J. Wimbiscus

Subscribed and sworn to
before me this _29th_ day of
October, 2007

Notary Public

My Commission expires: 10-22-11

OFFICIAL SEAL
JANET L LINDSEY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:10/22/11

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| CISCO SYSTEMS, INC., and CISCO-LINKSYS, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> ESN, LLC, <br><br> Defendants. | Civil Action No. 3:07-cv-01528-MRK <br><br> JURY DEMANDED |

## AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

STATE OF ILLINOIS  )
                   )
COUNTY OF COOK     )

GEORGE P. McANDREWS, being duly sworn, hereby deposes and says:

1. I am over the age of eighteen years and I understand the obligations of an oath. I submit this affidavit in support of the motion to permit me to be admitted *pro hac vice* in the above-captioned matter.

2. I am a partner at the law firm of McAndrews, Held, & Malloy, Ltd., having the following contact information:

> George P. McAndrews, Esq.
> McAndrews, Held & Malloy, Ltd.
> 500 West Madison Street, 34th Floor
> Chicago, Illinois 60601
> Telephone: 312-775-8000
> Facsimile: 312-775-8100
> Email: gmcandrews@mcandrews-ip.com

3. I am a member in good standing of the bar of the State of Illinois. I am also admitted to practice in the U.S. District Court for the Northern District of Illinois, the U.S. Court of Appeals for the Federal Circuit, U.S. Court of Appeals for the 2nd Circuit, U.S. Court of Appeals for the 4th Circuit, U.S. Court of Appeals for the 7th Circuit, the U.S. Court of Appeals for the 9th Circuit and the U.S. Supreme Court.

4. I have not previously been admitted to this Court *pro hac vice*.

5. I have never been denied admission or disciplined by this Court or any other Court.

6. I have fully reviewed and am familiar with the Rules of The United States Court for the District of Connecticut. I have requested that Richard C. Robinson, Esq. of the firm of Pullman & Comley, 90 State House Square, Hartford, CT 06103-3702, act as local counsel and I understand that he will be receiving service of papers and communications in this matter with me on behalf of defendant ESN, LLC.

_____
George P. McAndrews

Subscribed and sworn to
before me this 30th day of
October, 2007

_____
Notary Public

My Commission expires: 9/1/08

"OFFICIAL SEAL"
Stephanie Holmes
Notary Public, State of Illinois
My Commission Exp. 09/01/2008

2